UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW BROOKS,<br><br>                    Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No. C16-686 JLR-BAT<br><br>**REPORT AND RECOMMENDATION** |

The parties have filed a stipulated motion for remand in this disability case. Dkt. 15. Having reviewed the motion and the papers, the Court recommends **GRANTING** the motion, thus **REVERSING** and **REMANDING** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ should hold a *de novo* hearing and issue a new decision. The parties agree that the ALJ gave great weight to an opinion from Craig Christiana, but failed to account for all of the limitations from that opinion into the residual functional capacity assessment. No specific aspect of the Commissioner's final decision is affirmed. On remand, the ALJ will re-evaluate Mr. Christiana's opinion and either account for it in the residual functional capacity assessment or provide valid reasons to reject it.

A proposed order accompanies this Report and Recommendation. **Because this was a**

REPORT AND RECOMMENDATION - 1

1 | **stipulated motion, the district judge may act on it immediately.**

2 | DATED this 13th day of October, 2016.

```
                                    BRIAN A. TSUCHIDA
                                    United States Magistrate Judge
```

REPORT AND RECOMMENDATION - 2